RECEIVED

AUG 2 2 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| LUTHER SANSON, JR., ET AL. | CIVIL ACTION NO. 04-2320 |
| VERSUS | JUDGE ROBERT G. JAMES |
| CITY OF WEST MONROE, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the entire record the written objection and response filed herein, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS ORDERED that Defendants' Motion to Dismiss [Doc. No. 7] is DENIED.

THUS ORDERED AND SIGNED in Chambers at Monroe, Louisiana, on this 22nd day of August, 2005.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE