RECEIVED
IN MONROE, LA

MAR 21 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| LUTHER SANSON, JR., ET AL. | CIVIL ACTION NO. 04-2320 |
|---|---|
| VERSUS | JUDGE ROBERT G. JAMES |
| CITY OF WEST MONROE, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge [Doc. No. 29] and the Court's Ruling, and after a de novo review of the entire record, including the written objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS ORDERED that Defendants' Motion for Summary Judgment [Doc. No. 23] is GRANTED, and all Plaintiffs' claims are DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 20 day of March, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE